| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Watkins, William K. | 2. Court or Organization U.S. District Court, M.D. AL | 3. Date of Report 08/11/2011 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address U.S. Courthouse 1 Church Street, E300 Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Manager/Sole Member | Rosewood Martin, LLC |
| 2. Managing Member | DQV, LLC |
| 3. Director, Shareholder | Powermaster, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

**Watkins , William K.**

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/15/2010 | State of Albama Income Tax Refund from 2009 | $1,920.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Medical Outreach Ministries Salary reported on Form W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank (Name change from Wachovia Bank on prior report) | DQV, LLC Real Estate Loan | N |
| 2. | Troy Bank and Trust Company | Turkey Mountain Real Estate Loan | L |
| 3. | Regions Bank | Line of Credit | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>nun/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental - DQV, LLC (51% interest), Troy, AL *See VIII | E | Rent | N | W | | | | | |
| 2. Pike Co. Al. Farm #1 | | None | O | W | | | | | |
| 3. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 4. North Carolina, Jackson Co. (Appraisal 7/23/04) | | None | M | W | | | | | |
| 5. North Carolina, Jackson Co. *See VIII | | None | K | W | | | | | |
| 6. North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 7. Barn Property Troy, AL | | None | K | W | | | | | |
| 8. Pike Co. AL Farm #3 | | None | L | W | | | | | |
| 9. Pike Co. AL Farm #4 - Mineral | | None | J | W | | | | | |
| 10. Pike Co. AL Farm #5 - Mineral | | None | J | W | | | | | |
| 11. Pike Co. AL Farm #6 (19% interest) | | None | K | W | | | | | |
| 12. Pike Co. AL Farm #6 (19% interest) Mineral | | None | J | W | | | | | |
| 13. WE, LLC (50% interest) | | None | J | W | | | | | |
| 14. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 15. Wells Fargo Advisors Brokerage Cash | A | Interest | | | Merged (with line 35) | 07/13/10 | J | | |
| 16. Regions Financial Corp. - common | A | Dividend | J | T | | | | | |
| 17. American Funds - Investment Co. of America Class C Share | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Advisors SEP-IRA Brokerage cash *See VIII | A | Interest | | | Merged (with line 36) | 07/13/10 | J | | |
| 19. Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 20. E. D. Moseley Note | | None | J | U | | | | | |
| 21. Wells Fargo Bank (formerly Wachovia Bank) - Dimensions Acct. | A | Interest | J | T | | | | | |
| 22. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 23. Principal #302▮▮▮▮▮ Variable Universal Life | A | Int./Div. | J | U | | | | | |
| 24. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 25. American Funds - Investment Co. America Class A Shares | A | Dividend | L | T | | | | | |
| 26. American Funds - Capital Income Builder Fund Class F | D | Dividend | L | T | | | | | |
| 27. Columbia Seligman Communications & Info. Fund Class C | | None | J | T | | | | | |
| 28. American Funds - Wash Mutl Invs Fd Inc Class A Shares | B | Dividend | L | T | | | | | |
| 29. Colonial BancGroup Inc. | | None | J | T | | | | | |
| 30. General Electric Common Stock | A | Dividend | | | Sold | 07/07/10 | J | | |
| 31. Kraft Foods Class A | A | Dividend | | | Sold | 07/07/10 | J | | |
| 32. Newell Rubbermaid Inc. | A | Dividend | | | Sold | 07/07/10 | J | | |
| 33. Pfizer Inc. | A | Dividend | | | Sold | 07/07/10 | J | | |
| 34. Southern Company | A | Dividend | | | Sold | 07/07/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LPL Financial IRA Account Brokerage Cash-Insured Deposit Fnd | A | Interest | J | T | | | | | |
| 36. LPL Financial IRA Account Brokerage Cash-Insured Deposit Fnd | A | Interest | L | T | Open | 07/13/10 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 1 is a commercial restaurant property owned 51% by filer and located in the County of Pike, City of Troy, Alabama. The undeveloped real estate was purchased on August 16, 1994, for $140,000. The commercial restaurant was constructed and placed into service on February 10, 1995, at a cost of $365,000, for a total cost of construction and undeveloped land of $495,000. The property is owned by a limited liability company, which, in turn, is owned 51% by the filer. The filer's ownership of the L.L.C., when it was formed on July 26, 1994, was 45%. The filer acquired an additional 6% ownership by gift on October 10, 2003. Except for the portion received by gift, the cost of the ownership units of the L.L.C. is equivalent to the cost of the undeveloped real property together with construction cost of the commercial restaurant located thereon.

VII. Line 5 was purchased on August 23, 2005, for $27,500.

VII. Line 41 is a money market account held within [        ] IRA account at LPL Financial LLC.

VII. Line 42 is a money market account held within Judge Watkins' IRA account at LPL Financial LLC

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544